Catherine Grimes, defendant in error, v. Henry F. Connolly, plaintiff in error. Gen. No. 37,494.

 Opinion filed
April 10, 1935.

James L. Henry, for plaintiff in error. Michael J. Maloney, for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.